# MANDATE

D. Conn.
11-cr-210
Underhill, J.

United States Court of Appeals

FOR THE
SECOND CIRCUIT

———————

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of December, two thousand fifteen.

Present:
>   Ralph K. Winter,
>   Robert D. Sack,
>   Reena Raggi,
>   > *Circuit Judges.*

United States of America,

>   *Appellee*,

>   v.                                            14-2183

Bernard McAllister,

>   *Defendant*,

Mark Missino, AKA Mark Houston, AKA Mark Serano,

>   *Defendant-Appellant*.

William H. Paetzold, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Appellant moves for appointment of substitute counsel. Upon due consideration, it is hereby ORDERED that the motion for summary affirmance is GRANTED, and the *Anders* motion and the motion for substitute counsel are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/21/2016